**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TRACIE LAVELL THOMAS**                                                    **PLAINTIFF**
**ADC # 094947**

**v.**                                        **CASE NO. 4:14CV00093 BSM**

**JOHN FELTS et al.**                                                    **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections have been reviewed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants Dr. Robert Paul Forret, Dr. Nott, Pulaski County Regional Detention Facility, Arkansas Department of Human Services, Judge Barry Sims, Major Smith, Deputy Lyr, and Deputy Bradley are dismissed without prejudice pursuant to plaintiff's amended complaint.

2.      Plaintiff's claims against defendants Felt, Lightle, Silva, Christ, Hardman, and Lott are dismissed without prejudice for failure to state a claim upon which relief can be granted.

3.      Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

4.      It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment will not be taken in good faith.

An appropriate judgment shall accompany this order.

Dated this 5th day of June 2014.

UNITED STATES DISTRICT JUDGE