## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TRACIE LAVELL THOMAS**                                                                 **PLAINTIFF**
**ADC # 094947**

v.                              **CASE NO. 4:14CV00093 BSM**

**JOHN FELTS et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered, this case is dismissed. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment will not be taken in good faith.

Dated this 5th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE